# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Sergio Martinez Gonzalez,<br>a.k.a.: Sergio Orlando Martinez Gonzalez,<br>a.k.a.: Sergio Martinez,<br>(A205 927 360)<br>*Defendant* | )<br>)<br>) Case No. 17-8405MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 5, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Sergio Martinez Gonzalez, an alien, was found in the United States of America at or near Avondale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about November 16, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jennifer Levinson

☒ Continued on the attached sheet.

Complainant's signature

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 10, 2017

Judge's signature

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about October 5, 2017, Sergio Martinez Gonzalez was booked into the Avondale City Jail (ACJ) facility by the Avondale Police Department on local charges. While in custody at the ACJ, Martinez Gonzalez was interviewed telephonically by ICE Officer D. Celestino who determined him to be a citizen of Mexico, illegally present in the United States. On or about October 6, 2017, an immigration detainer was lodged with the city jail. On October 9, 2017, Martinez Gonzalez was released from the ACJ and transported to the Phoenix ICE office for further investigation and processing. Martinez Gonzalez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Sergio Martinez Gonzalez to be a citizen of Mexico and a previously deported criminal alien. Martinez Gonzalez was removed from the United States to Mexico at or near Del Rio, Texas, on or about November 16, 2016, pursuant to the reinstatement of an order of removal issued by an

1

immigration official. There is no record of Martinez Gonzalez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Martinez Gonzalez's immigration history was matched to him by electronic fingerprint comparison.

4. On October 9, 2017, Sergio Martinez Gonzalez was advised of his constitutional rights. Martinez Gonzalez freely and willingly acknowledged his rights and agreed to provide a statement under oath. However, Martinez Gonzalez did not answer any questions, but subsequently signed his affidavit form.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 6, 2017, Sergio Martinez Gonzalez, an alien, was found in the United States of America at or near Avondale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Del Rio, Texas, on or about November 16, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 10th day of October, 2017.

_____
John Z. Boyle,
United States Magistrate Judge